In the Matter of the Application of HAYDEN COOPER COVINGTON for Admission to Practice as an Attorney and Counsellor at Law. (From the State of Texas.) — Application granted. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ.

## (December 16, 1940.)

GEORGE N. BLUST, Appellant, v. THE YONKERS NATIONAL BANK AND TRUST COMPANY, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ.

MARY C. CLARK, Respondent; THOMAS CLARK, Plaintiff, v. NATIONAL TRANS-PORTATION CO., INC., Appellant; MARGARET MAHER, Defendant.— Motion for leave to appeal to the Appellate Division and for a stay denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ.

FAIRFIELD JUNIOR CORPORATION, Respondent, v. STANDARD PLATINUM CO., INC., and Another, Appellants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ.

FLORENCE HAYNES, Appellant, v. SERVICE TAXI CAB CORP. and Another, Respondents, and WALTER LANIGAN and Another, Appellants.— Motion for leave to appeal to the Appellate Division granted. Present — Lazansky, P. J., Hagarty, Carswell, Taylor and Close, JJ.

GEORGINA H. HERMES, as Executrix, etc., of FRANK J. HERMES, Deceased, Respondent, v. RICHARD J. COMPTON and Others, Individually and as Copartners Doing Business under the Firm Name and Style of THE BLACKMAN COMPANY and COMPTON ADVERTISING, INC. (Also Sued Herein as BLACKMAN ADVERTISING, INC.), Appellants, and MAX GELLER, Defendant.— Motion referred to the court that rendered the decision on the appeal. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ. Motion for reargument granted and on reargument the decision of this court handed down November 12, 1940 [ante, p. 507], is amended to read as follows: Interlocutory judgment reversed on the law and a new trial granted on the law side of the court, with costs to abide the event. Leave is granted to plaintiff to amend the complaint, if she be so advised. Opinion by Johnston, J. Lazansky, P. J., Hagarty, Adel and Close, JJ., concur. Opinion by Johnston, J., amended accordingly. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Close, JJ.

SAM HORNREICH, Respondent, v. MAY HORNREICH, Appellant. (Appeal No. 2.) — Motion for reargument denied, without costs. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ. On the court's own motion, the decision of this court dated October 28, 1940 [ante, p. 886], is amended to read as follows: Order denying defendant's motion to direct the plaintiff to appear before an official referee for the purpose of being examined as to his financial worth, or in the alternative, that the court fix the alimony at $100 a week for the support of herself and the infant children, the issue of the marriage, and fix a reasonable fee for the prosecution of the defendant's affirmative counterclaim for separation, affirmed, with ten dollars costs and disbursements to appellant, in view of the disposition made in Hornreich v. Hornreich, No. 1 (ante, p. 885), decided herewith. No opinion. Lazansky, P. J., Carswell, Johnston, Taylor and Close, JJ., concur.